DARRELL D. DENNIS
Nevada Bar No. 006618
E-Mail: dennis@lbbslaw.com
MICHAEL E. TALBOT
Nevada Bar No. 003827
E-Mail: talbot@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
*Attorneys for Defendant GEICO GENERAL INSURANCE COMPANY*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARY HIGGINS,<br><br>Plaintiff,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY, and DOES 1 through 100, Inclusive,<br><br>Defendants. | CASE NO. 2:12-cv-01672-JCM-PAL<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Plaintiff MARY HIGGINS and Defendant GEICO GENERAL INSURANCE COMPANY ("GEICO"), by and through their counsel of record, hereby stipulate that the above entitled action be dismissed in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

DATED this ___ day of _____, 2013.   DATED this 2nd day of Aug., 2013.

ASBEROM & BROWN LLC                      LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ Mona Asberom                       By /s/
Mona Asberom, Esq.                        Darrell D. Dennis, Esq.
Nevada Bar No. 003674                     Nevada Bar No. 006618
James L. Brown, Esq.                      Michael E. Talbot, Esq.
Nevada Bar No. 003686                     Nevada Bar No. 003827
2211 Paradise Road                        6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89014                   Las Vegas, Nevada 89118
*Attorneys for Plaintiff*                 *Attorneys for Defendant GEICO GENERAL INSURANCE COMPANY*

4819-7739-1379.2

Higgins vs. GEICO General Insurance Company
Case No. 2:12-cv-01672-JCM-PAL

## ORDER

IT IS SO ORDERED.

DATED August 5, 2013.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
Darrell D. Dennis, Esq.
Nevada Bar No. 006618
Michael E. Talbot, Esq.
Nevada Bar No. 003827
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant GEICO GENERAL INSURANCE COMPANY*

4819-7739-1379.2

2